

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00787-CV

Helen **HERRERA**,
Appellant

v.

Julia **MARTINEZ**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 7296
Honorable Diana J. Bautista, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the matter is REMANDED to the trial court for further proceedings consistent with this court's opinion.

It is ORDERED that appellant Helen Herrera recover her costs of this appeal from appellee Julia Martinez.

SIGNED April 30, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice